IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NICHOLAS HARWARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRANDY GAEBLER and TERRI WILLIAMS.,<br><br>　　　　　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:25-cv-698 TS-DBP<br><br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead |

　　　　Plaintiff Nicholas Harward, who is proceeding pro se in this matter, filed his Complaint on August 22, 2025. This matter was subsequently referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge issued a Report and Recommendation on November 11, 2025.[1] This matter is before the Court for consideration of that Report and Recommendation.

　　　　Following Defendants' Motion to Dismiss for Failure to State a Claim,[2] Plaintiff filed a Motion for Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(2).[3] Defendants responded requesting that the Court order Plaintiff to pay Defendants' attorneys' fees.[4] The Magistrate Judge recommends that (1) Defendants' Motion to Dismiss be deemed moot; (2) Plaintiff's Motion for Voluntary Dismissal be granted; and (3) Defendants be awarded reasonable attorneys fees as a condition of dismissal.

---

[1] Docket No. 14.

[2] Docket No. 8.

[3] Docket No. 11.

[4] Docket No. 12.

Pursuant to 28 U.S.C. § 636(b), a party has 14 days after being served with a copy of the Report and Recommendation to file an objection. Neither party filed an objection. The Court has considered the relevant briefings and the Magistrate Judge's Report and Recommendation and agrees with the Magistrate Judge's analysis and conclusions. Additionally, the Court will order Defendants to submit an affidavit detailing the amount of attorneys fees requested, as described in DUCivR 54-1, within 14 days of this Order.

It is therefore

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 14) is ADOPTED IN FULL; it is further

ORDERED that Defendants' Motion to Dismiss (Docket No. 8) is DENIED as moot. It is further

ORDERED that Plaintiff's Motion for Voluntary Dismissal (Docket No. 11) is GRANTED. It is further

ORDERED that this case is dismissed without prejudice. It is further

ORDERED that Defendants submit an affidavit in support of attorneys fees within 14 days of this Order.

DATED: February 4th, 2026.

BY THE COURT:

_____
TED STEWART
United States District Judge